No. 858.  HIGHWAY ENGINEERING & CONSTRUCTION Co. *v.* HILLSBOROUGH COUNTY.  May 16, 1938.

No. 889.  FLORENCE ET AL. *v.* CRUMMER.  May 16, 1938.

No. 298.  UNITED STATES EX REL. SOCIETE DE CONDENSATION ET D'APPLICATIONS MECANIQUES *v.* COE, COMMISSIONER OF PATENTS.  May 23, 1938.  Motion for leave to file second petition for rehearing granted, and petition denied.  302 U. S. 721, 776.

No. 240.  LYNCH *v.* KEMP.  May 23, 1938.  Motion for leave to file petition for rehearing granted, and petition denied.  302 U. S. 685, 775.

No. 757.  UNITED STATES *v.* BEKINS ET AL., TRUSTEES, ET AL.  May 23, 1938.

No. 772.  LINDSAY-STRATHMORE IRRIGATION DISTRICT *v.* BEKINS ET AL., TRUSTEES, ET AL.  May 23, 1938.

No. 760.  ARKANSAS FUEL OIL Co. *v.* LOUISIANA EX REL. MUSLOW.  May 23, 1938.

No. 874.  FORT WORTH ET AL. *v.* LONE STAR GAS Co. May 23, 1938.

No. 886.  WIESE *v.* COMMISSIONER OF INTERNAL REVENUE.  May 23, 1938.

No. 893  R. J. REYNOLDS TOBACCO Co. *v.* ROBERTSON, COLLECTOR OF INTERNAL REVENUE.  May 23, 1938.